AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MILTON SMITH JR. | ) | Case No. 1:14-MJ-630 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/1/2013 to 12/10/2014__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowingly receive any visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and has been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer; to wit: videos and still images depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Matthew Gardner, AUSA

*Complainant's signature*

FBI Special Agent Daniel Johns

*Printed name and title*

Sworn to before me and signed in my presence.

/s/

Theresa Carroll Buchanan
United States Magistrate Judge

Date: __12/11/2014__

*Judge's signature*

Honorable Theresa Carroll Buchanan
U.S. Magistrate Judge

City and state: __Alexandria, Virginia__

*Printed name and title*